FILED
Oct 19 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN DESHAUN JONES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>R. MAYR,<br><br>　　　　Defendant. | Case No. 22-cv-05696 NC (PR)<br><br>**ORDER OF TRANSFER** |

Plaintiff, a state inmate proceeding *pro se*, filed a civil rights complaint pursuant to 42 U.S.C. § 1983.  Plaintiff claims he was injured at the Folsom State Prison in Represa, California.  The events of which Plaintiff complains occurred in Sacramento County, which is located within the Eastern District of California.  S*ee* 28 U.S.C. § 84(b).  Venue therefore is proper in the Eastern District of California, and not in this one.  *See* 28 U.S.C. § 1391(b).  Accordingly, in the interest of justice and pursuant to 28 U.S.C. § 1406(a), this case is **TRANSFERRED** to the United States District Court for the Eastern District of California.  The Clerk of the Court is directed to transfer the case forthwith.

**IT IS SO ORDERED.**

DATED: October 19, 2022

NATHANAEL M. COUSINS
United States Magistrate Judge

Case No. 22-cv-05696 NC (PR)
ORDER OF TRANSFER