UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN DESHAUN JONES, | No. 2:22-cv-1890 DB P |
| Plaintiff, | |
| v. | ORDER |
| R. MAYR, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983. In a scheduling order filed March 27, 2024, this court ordered plaintiff to file a pretrial statement by May 30, 2024. (ECF No. 31.) The deadline for plaintiff's pretrial statement has passed and plaintiff has not filed a pretrial statement or otherwise responded to the March 27 order.

The scheduling order warned the parties that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action. (ECF No. 31 at 4.) Plaintiff will be given one more opportunity to file a pretrial statement. If he fails to do so, this court will recommend this action be dismissed for plaintiff's failure to comply with court orders. See Fed. R. Civ. P. 41; E.D. Cal. R. 110.

////

////

1

1    Accordingly, and good cause appearing, IT IS HEREBY ORDERED that within twenty-
2 one days of the date of this order, plaintiff shall file a pretrial statement. If plaintiff fails to do so,
3 this court will recommend this action be dismissed.

4 Dated: July 18, 2024

```
DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE
```

24 DLB:9
DB Prisoner Inbox/Civil Rights/R/jone1890.p pts eot