UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN DESHAUN JONES, | No. 2:22-cv-1890 SCR P |
| Plaintiff, | |
| v. | ORDER |
| R. MAYR, | |
| Defendant. | |

Plaintiff is a state prisoner proceeding pro se with a civil rights action under 42 U.S.C. §1983.  In a further scheduling order filed March 27, 2024, the court ordered the parties to file pretrial statements.  (ECF No. 31.)  They have done so.  (ECF Nos. 35, 37.)  In their statements, both parties indicate an interest in having the court conduct a settlement conference at this time.  Before setting a conference, the parties must inform the court whether they consent to a settlement conference before the undersigned magistrate judge or whether they wish to have a different magistrate judge conduct the settlement conference.  After receipt of the parties' responses to this order, the court will set a settlement conference.

////

////

////

////

Accordingly, IT IS HEREBY ORDERED that within twenty days of the date of this order, the parties shall fill out and file the attached document indicating their choice regarding a magistrate judge to conduct the settlement conference.

DATED: September 3, 2024

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN DESHAUN JONES,<br><br>    Plaintiff,<br><br>    v.<br><br>R. MAYR,<br><br>    Defendant. | No.  2:22-cv-1890 SCR P<br><br>NOTICE RE SETTLEMENT CONFERENCE |

Choose One:

_____    I consent to having Magistrate Judge Sean C. Riordan conduct a settlement conference.

OR

_____    I wish to have a different magistrate judge conduct the settlement conference.


DATED: _____


            Signature:        _____


            Print Name:      _____


1